IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT ANTHONY KILLIAN AND FABIOLA KILLIAN, ) ) ) Plaintiff(s), ) vs. ) ) PACIFIC EDUCATIONAL ) SERVICES COMPANY, a Nevada ) corporation, dba Hawaii College of ) Pharmacy, et al., ) ) Defendant(s). ) _____ ) | CV 05-00468 JMS-KSC |

## ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on May 30, 2007, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, June 19, 2007.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge